IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                                    CIV. NO. S-10-3047 KJM GGH

    vs.

CRAIG JERROLD POLLARD, et al.,

    Defendants.                               ORDER
_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on February 3, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(h).

        Accordingly, IT IS ORDERED that:

        1. The February 3, 2010 hearing on the motion for default judgment, filed December 30, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: January 27, 2011

                                    /s/ Gregory G. Hollows
                                  U. S. MAGISTRATE JUDGE

GGH:076:J&JSports3047.vac.wpd

1