UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J Sports Productions Inc,<br><br>          Plaintiff,<br><br>   v.<br><br>Craig Jerrold Pollard, et al.,<br><br>          Defendants. | No. 2:10-CV-03047-KJM-GGH<br><br>RENEWAL OF JUDGMENT |

Plaintiff requests renewal of the original default judgment in this case, F.R.C.P. 69(a) and C.C.P. § 683.110 through § 683.320. *See* ECF No. 19. Good cause appearing, judgment in favor of plaintiff, J&J Sports Productions, Inc, and against defendant, Craig Jerrold Pollard d/b/a Bogeys a/k/a Bogey's Cocktail Lounge, entered on July 19, 2011, ECF No. 12, hereby renewed in the amounts set forth below:

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 40,000.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal (add a and b) | $ | 40,000.00 |
| d. | Credits | $ | 00.00 |
| e. | Subtotal (subtract d from c) | $ | 40,000.00 |
| f. | Interest after judgment (.16%) | $ | 646.16 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | 40,646.16 |

1

IT IS ORDERED that the Clerk of the Court shall serve this renewed judgment on the defaulting defendants at the address indicated on plaintiff's proof of service of the instant request. This order resolves ECF No. 19.

DATED: July 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE